IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  15-cr-00032-RBJ | Date:  August 19, 2015 |
| Courtroom Deputy:  Emily Buchanan | Court Reporter: Kara Spitler |
| Interpreter:  N/A | Probation:  Gary Kruck |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Kurt Bohn |
| Plaintiff, | |
| v. | |
| 1. GREGORY STEPHEN ANDERSON, | Matthew Belcher |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**

**Court in session:**    9:06 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the defendant.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Objections to the Presentence Report are **DENIED**, with one exception as to the four-level increase in the advisory guidelines.

**ORDERED:**  [31] Defendant's Sentencing Statement (Motion for a Non-Guideline Sentence) is **DENIED.**

**ORDERED:**  Defendant shall be **imprisoned** for **30 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado and recommends that he be allowed to participate in programs for substance abuse and mental health treatment.

**ORDERED:**  **Standard/Special Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:37 a.m.          Hearing concluded.          Total time:      00:31